# EXHIBIT 2

## Exhibit A: Imperial Repurchase Schedule
### Settlement 04/27/07

| | |
|---|---|
| Calculation to | 4/27/2007 |
| # of Loans | 13 |
| Scheduled UPB | 1,984,501.00 |
| Premium | 37,513.65 |
| Accrued Interest | 224,982.73 |
| Corp & Escrow | 32,148.61 |
| Repurchase Settlement due DB | 2,279,145.99 |

Per Diem based upon Current Values    224,982.73

**Deutsche Bank Wire Instructions:**

| | |
|---|---|
| Bank: | Bank of New York |
| ABA#: | 021-000-018 |
| Acct#: | GLA 111569 |
| Beneficiary: | DPX |
| Attn: | Daniel H. Kim |
| Ref: | Imperial Repu |

| Loan Number | Loan ID | Name | Actual UPB | Next Due | Paid to Date | Closing | Net Rate | Rem Term | Per Diem | Accrued Int | Price % | Purchase Premium | Escrow Advances | Corp Advances | Repurchase Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCL028562 | 11176/7211 | MARTINEZ,LEILA | 150,403.00 | 6/1/2006 | 5/1/2006 | 2/28/2006 | 11.49 | 356 | 48.00 | 17,089.29 | 102.5520% | 3,838.28 | 2,852.00 | 2,027.34 | 176,209.91 |
| SCL0044AZ | 11142/1751 | SMITH,JARED | 171,124.00 | 7/1/2006 | 6/1/2006 | 12/14/2005 | 10.99 | 326 | 52.24 | 17,030.36 | 102.0500% | 3,508.04 | - | - | 191,662.40 |
| SCL0265TX | 11152/5520 | JOHNSON,LARRY | 227,257.00 | 10/1/2006 | 9/1/2006 | 1/13/2006 | 10.99 | 236 | 69.38 | 16,372.86 | 102.0650% | 4,658.77 | - | - | 248,208.63 |
| SCL0024IN | 11142/1725 | DAY,LORRAINE | 86,477.00 | 11/1/2006 | 10/1/2006 | 12/14/2005 | 10.99 | 206 | 26.40 | 5,438.30 | 102.3275% | 2,012.79 | - | - | 93,928.09 |
| SCL0017PN | 11124/6999 | ASHLEY,SCOTT | 122,312.00 | 2/1/2006 | 1/1/2006 | 2/17/2006 | 10.99 | 476 | 37.34 | 17,773.43 | 102.4280% | 2,969.74 | - | 655.07 | 143,710.23 |
| SCL0267TX | 11124/7014 | MIDDE,DAVID | 87,469.00 | 1/1/2006 | 12/1/2005 | 11/28/2005 | 10.99 | 506 | 26.70 | 13,511.39 | 102.5000% | 2,186.72 | 2,901.24 | 1,580.37 | 107,658.72 |
| SCL0206TX | 11124/7027 | SILVA,EDWARD | 195,030.00 | 1/1/2006 | 12/1/2005 | 11/28/2005 | 10.99 | 506 | 59.81 | 30,265.42 | 102.0650% | 4,016.57 | 3,303.90 | 2,844.79 | 236,380.67 |
| SCL0029AZ | 11142/1732 | GRIFFIN,LISA | 73,366.00 | 6/1/2006 | 5/1/2006 | 12/14/2005 | 10.99 | 356 | 22.40 | 7,973.34 | 102.5000% | 1,834.15 | - | - | 83,173.49 |
| SCL0194MO | 11142/1754 | SZPYT,MICHAEL | 147,000.00 | 1/1/2006 | 12/1/2005 | 12/14/2005 | 10.99 | 506 | 44.88 | 22,707.17 | 102.0650% | 3,013.50 | 748.58 | 3,526.58 | 178,995.83 |
| SCL0050NV | 11152/5519 | JEFFERSON,MAURICE | 96,600.00 | 2/1/2006 | 1/1/2006 | 12/29/2005 | 10.99 | 476 | 29.49 | 14,037.16 | 102.5000% | 2,415.00 | 1,235.00 | 2,132.11 | 118,419.27 |
| SCL0213MO | 11166/4995 | GOODE,MICHAEL | 339,133.00 | 6/1/2006 | 5/1/2006 | 2/7/2006 | 10.99 | 356 | 103.53 | 36,856.60 | 100.0000% | 0.00 | 2,097.99 | 1,231.92 | 379,319.51 |
| SCL0119WA | 11723/6313 | GUASTAFIERRO,RINI | 130,900.00 | 3/1/2006 | 2/1/2006 | 2/16/2006 | 11.49 | 446 | 41.78 | 18,633.40 | 102.4040% | 3,140.84 | 2,830.40 | 2,171.32 | 157,681.95 |
| SCL0089NV | 11176/7212 | MASCORRO,JUAN | 156,530.00 | 1/1/2007 | 12/1/2006 | 2/28/2006 | 11.49 | 146 | 49.56 | 7,294.04 | 102.5000% | 3,913.25 | - | - | 167,737.29 |
| | | | 1,984,501.00 | | | | | | 611.91 | 224,982.73 | | 37,513.65 | 15,969.11 | 16,179.50 | 2,279,145.99 |

Exhibit 3

# EXHIBIT 3



Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY  10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

April 27, 2007

BY FEDERAL EXPRESS AND CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Mr. Larry Jaeger
Imperial Lending LLC
425 North Wilcox Street
Castle Rock, CO 80104

> Re:    Master Mortgage Loan Purchase and Interim Servicing Agreement
> dated as of September 1, 2005 between DB Structured Products,
> Inc. and Imperial Lending LLC ("Imperial")

Dear Mr. Jaeger:

Our firm has been retained as litigation counsel by DB Structured Products, Inc. ("DBSP") in connection with the Master Mortgage Loan Purchase and Interim Servicing Agreement dated as of September 1, 2005 ("Agreement") between DBSP and Imperial, and in connection with certain letter agreements between DBSP and Imperial (the "Commitment Letters", and together with the Agreement, the "Agreements"). Capitalized terms used herein and not defined have the meanings set forth in the Agreements.

DBSP hereby demands immediate payment of the amount of $2,279,145.99 (the "Repurchase Price") which is due and owing to DBSP by Imperial in connection with Imperial's obligation to repurchase the mortgage loans listed on Exhibit A attached hereto (the "Mortgage Loans") pursuant to the Agreements. The Mortgage Loans are in early payment default, as specifically set forth in the Commitment Letters.

Please remit the Repurchase Price by wire transfer to the following bank account no later than May 10, 2007:

|  |  |
|---|---|
| Bank: | Bank of New York |
| ABA: | 021000018 |
| Acct. #: | GLA/111569 |
| Acct. Name: | DPX |
| Attn.: | Daniel H. Kim |
| Re: | Imperial Repurchase |

Mr. Larry Jaeger
April 27, 2007

Page 2.

     If you fail to remit the Repurchase Price by that date, please be advised that DBSP will commence formal legal action against Imperial to recover the amounts owed without further notice.

     Nothing contained in this letter shall constitute a waiver of any of DBSP's rights or remedies under the Agreements, at law or in equity. Nor shall this letter be construed as a waiver of any Event of Default by Imperial under the Agreements.

     Please call me or Steven Paolini, Esq., Vice President and Counsel, Deutsche Bank AG, at (212) 250-0382 should you have any questions or wish to discuss this matter.

               Very truly yours,

               John P. Doherty

cc:    Steven Paolini, Esq.

Encl.

**Exhibit A: Imperial Repurchase Schedule**
**Settlement 04/27/07**

| Calculations to | 4/27/2007 |
|---|---|
| # of Loans | 13 |
| Scheduled UPB | 1,984,501.00 |
| Premium | 37,513.65 |
| Accrued Interest | 224,982.73 |
| Corp & Escrow | 32,148.61 |
| Repurchase Settlement due DBTC | 2,279,168.99 |

Per Diem based upon Current Values : 224,982.73

**Deutsche Bank Wire Instructions:**

| | |
|---|---|
| Bank: | Bank of New York |
| ABA#: | 021-000-018 |
| Acct#: | GLA 111569 |
| Beneficiary: | DPX |
| Attn: | Daniel H. Kim |
| Ref: | Imperial Repo |

| Loan Number | LMSID | Name | Actual UPB | Next Pmt | Paid to Date | Prior Paid Date | Note Rate | Days Accrue For Prem | Per Diem | Accrued Int | Price % | Purchase Premium | Escrow Advances | Corp Advances | Repurchase Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLI020502 | 111767211 | MARTINEZ,LEILA | 150,403.00 | 6/1/2006 | 5/1/2006 | 2/28/2006 | 11.49 | 356 | 48.60 | 17,089.29 | 102.5520% | 3,838.28 | - | 2,852.00 | 176,249.31 |
| CLI094AAZ | 114121751 | SMITH,JARED | 171,124.00 | 7/1/2006 | 6/1/2006 | 12/14/2005 | 10.99 | 326 | 52.24 | 17,030.36 | 102.0600% | 3,508.04 | - | - | 191,662.40 |
| CLI026STX | 115252520 | JOHNSON,LARRY | 227,257.00 | 10/1/2006 | 9/1/2006 | 1/13/2006 | 10.99 | 236 | 69.38 | 16,372.86 | 102.1600% | 4,658.77 | - | - | 248,288.63 |
| CLI002AIN | 114121725 | DAY,LORRAINE | 86,477.00 | 11/1/2006 | 10/1/2006 | 12/4/2005 | 10.99 | 206 | 26.40 | 5,438.30 | 102.3275% | 2,012.79 | - | - | 93,928.09 |
| CLI017JIN | 111246999 | ASHLEY,SCOTT | 122,312.00 | 2/1/2006 | 1/1/2006 | 2/17/2006 | 10.99 | 47% | 37.34 | 17,773.43 | 102.4290% | 2,969.74 | - | 655.07 | 143,710.23 |
| CLI026TX | 113247014 | MIDDLE,DAVID | 87,469.00 | 1/1/2006 | 12/1/2005 | 11/28/2005 | 10.99 | 506 | 26.70 | 13,511.39 | 102.5000% | 2,186.72 | - | 1,590.37 | 107,058.72 |
| CLI029AAZ | 113247027 | SILVA,EDWARD | 195,930.00 | 1/1/2006 | 12/1/2005 | 12/14/2005 | 10.99 | 506 | 59.81 | 30,265.42 | 102.6600% | 4,016.57 | - | 3,303.90 | 236,040.87 |
| CLI019AMO | 114121732 | GRIFFIN,LISA | 73,366.00 | 6/1/2006 | 5/1/2006 | 12/14/2005 | 10.99 | 356 | 22.40 | 7,973.34 | 102.5000% | 1,834.15 | - | - | 83,173.49 |
| CLI050NV | 114121754 | SZPYT,MICHAEL | 147,000.00 | 1/12/2006 | 12/1/2005 | 12/14/2005 | 10.99 | 506 | 44.88 | 22,707.17 | 102.5000% | 3,013.50 | 748.58 | 3,526.68 | 176,995.83 |
| CLI021MO | 115252619 | JEFFERSON,MAURICE | 96,600.00 | 2/1/2006 | 1/1/2006 | 12/29/2005 | 10.99 | 476 | 29.49 | 14,037.16 | 102.6500% | 2,415.00 | 1,235.00 | - | 116,419.27 |
| CLI019WA | 111664495 | GOODE,MICHAEL | 339,133.00 | 6/1/2006 | 5/1/2006 | 2/7/2006 | 10.99 | 356 | 103.53 | 36,856.60 | 102.5000% | 8,478.33 | 2,097.99 | 2,132.11 | 379,319.51 |
| SCLI088NV | 117723613 | GUSTAFERRO,RENI | 130,900.00 | 3/1/2006 | 2/1/2006 | 2/16/2006 | 11.49 | 356 | 41.78 | 18,633.60 | 100.0000% | 0.00 | - | 1,231.92 | 116,419.27 |
| SCLI089NV | 111767212 | MASCORRO,JUAN | 156,530.00 | 1/1/2007 | 12/1/2006 | 2/28/2006 | 11.49 | 146 | 49.96 | 7,294.04 | 102.4000% | 3,140.84 | 2,830.40 | 2,171.32 | 157,641.95 |
| | | | 1,984,501.00 | | | | | | 611.91 | 224,982.73 | | 37,513.25 | 15,969.11 | 16,179.50 | 2,279,435.99 |