UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.<br><br>                Plaintiff,<br><br>               -against-<br><br>IMPERIAL LENDING LLC<br><br>                Defendant. | Civ. No. |

### EXPLANATION OF RELATEDNESS

Pursuant to Rule 15 of the Rules for the Division of Business Among District Judges, this case is related to Case No. 07-Civ.-4099 pending before District Judge George B. Daniels. This case is filed by the same plaintiff and asserts the same claims against a different, but similarly situated defendant, pursuant to the same or similar provisions of a nearly-identical contract. The subject matter of the cases – the defendant's obligation to repurchase mortgage loans purchased by plaintiff – is identical. Therefore, assigning this case as a related case to District Judge Daniels will result in substantial judicial economy and saving of judicial resources.