# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

DB STRUCTURED PRODUCTS, INC.

V.

IMPERIAL LENDING LLC

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CV 4105**

TO: (Name and address of defendant)

IMPERIAL LENDING LLC
425 North Wilcox Street
Castle Rock, CO 80104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THACHER PROFFITT & WOOD LLP
Richard F. Hans (RH-0110)
John P. Doherty (JD-3275)

Two World Financial Center
New York, New York 10281
(212) 912-7400

an answer to the complaint which is herewith served upon you, within _____TWENTY_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                         MAY 2 5 2007
CLERK                                                       DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐   Served personally upon the defendant. Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____
_____
_____
_____

☐   Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                  Date                                                    Signature of Server

                                                                 _____
                                                                 Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:07-cv-04105-GBD  Document 4  Filed 06/13/2007  Page 3 of 4

Blumbergs Law Products
B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods: Corp. or Ind.: Military Service; 10 pt type; 1-95
© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC-10013

COURT: UNITED STATES DISTRICT COURT
COUNTY OF: SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.

Plaintiff(s)

against

IMPERIAL LENDING LLC

Defendant(s)

Index No. 07 CV 4105

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**
SEE ATTACHED RIDER

STATE OF ~~NEW YORK~~ COLORADO COUNTY OF Jefferson SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 8888 W. Belleview Ave #216, Littleton, CO 80123

That on 6/5/07 at 12:52 P.M., at 6400 S. FIDDLERS GREEN CR., GREENWOOD, CO deponent served the within summons, *and complaint* on SEE ATTACHED RIDER  IMPERIAL LENDING, LLC defendant therein named, BY SERVING REGISTERED AGENT HERRICK K. LIDSTONE, JR.

**INDIVIDUAL 1.** [X] by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** [ ] a corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be thereof.

**SUITABLE AGE PERSON 3.** [ ] by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** [ ] by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4  5A.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4  5B.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3** [X]
[X] Male  [X] White Skin  [ ] Black Hair  [X] White Hair  [ ] 14-20 Yrs.  [ ] Under 5'  [ ] Under 100 Lbs.
[ ] Female  [ ] Black Skin  [ ] Brown Hair  [ ] Balding  [ ] 21-35 Yrs.  [ ] 5'0"-5'3"  [ ] 100-130 Lbs.
[ ] Yellow Skin  [ ] Blonde Hair  [ ] Mustache  [X] 36-50 Yrs.  [ ] 5'4"-5'8"  [ ] 131-160 Lbs.
[ ] Brown Skin  [ ] Gray Hair  [ ] Beard  [ ] 51-65 Yrs.  [X] 5'9"-6'0"  [X] 161-200 Lbs.
[ ] Red Skin  [ ] Red Hair  [X] Glasses  [ ] Over 65 Yrs.  [ ] Over 6'  [ ] Over 200 Lbs.
Other identifying features:

**USE IN NYC CIVIL CT.** [ ] The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** [ ] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 6/6/07

[Notary seal: LYNNE A. GRIMES NOTARY PUBLIC STATE OF COLORADO My Commission Expires Aug 15, 2007]

/s/ Lynne Grimes

NICHOLAS MARTINEZ
PRINT NAME BENEATH SIGNATURE
License No. N/A

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

DB STRUCTURED PRODUCTS, INC.

                                 Plaintiff,

vs.

IMPERIAL LENDING LLC

                                 Defendants.

------------------------------------------------------------------X

Case No.
07 CV 4105

RIDER TO
AFFIDAVIT OF
SERVICE

List Of Documents Served:

- Summons In A Civil Case

- Complaint With Exhibits 1-3

- Explanation Of Relatedness

- Statement Pursuant To Rule 7.1 Of The Federal Rules Of Civil Procedure

- Civil Cover Sheet

- Individual Practices In Civil Cases Denise Cote, United States District Judge

- Individual Rules Of Practice Of Judge Kevin Nathaniel Fox

- Procedures For Electronic Case Filing

- Guidelines For Electronic Case Filing

- 3rd Amended Instructions For Filing An Electronic Case Or Appeal