UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

       Plaintiff,

 -against-

IMPERIAL LENDING, LLC

       Defendant.
-----------------------------------------------------------------x

**ECF CASE**

07 Civ. 4105 (GBD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

  On July 2, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 15, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

         Thomas J. Luz
         Karaahmetoglu & Luz LLP
         1500 Broadway, 21st Floor
         New York, NY  10036

         _____
         JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
3rd day of July 2007

_____
Notary Public

         JONATHAN E. WILSON
         Notary Public, State of New York
         No. 01WI6091214
         Qualified in Bronx County
         Certificate Filed in New York County
         Commission Expires April 28, 2011