UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07
```

---

DB STRUCTURED PRODUCTS, INC.

                      Plaintiff,

– against –

IMPERIAL LENDING LLC

                      Defendant.

---

ECF CASE

07 CV 4105 (GBD)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that Defendant's time to answer or otherwise move against the Complaint is extended to and including August 27, 2007.

**THACHER PROFFITT & WOOD LLP**

By: _____
    John P. Doherty
    Richard F. Hans
    Kerry Ford Cunningham
    Brendan E. Zahner
    Attorneys for Plaintiff
    Two World Financial Center
    New York, New York 10281
    (212) 912-7400

**KARAAHMETOGLU & LUZ FIRM LLP**

By: _____
    Thomas J. Luz
    Attorneys for Defendant
    1500 Broadway, 21st Floor
    New York, New York 10036
    (212) 681-8313

SO ORDERED:  JUL 3 0 2007

_____
U.S.D.J.
**HON. GEORGE B. DANIELS**