UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.

                            Plaintiff,

    – against –

IMPERIAL LENDING LLC
                            Defendant.

ECF CASE

07 CV 4105 (GBD)

STIPULATION
AND ORDER

    **IT IS HEREBY STIPULATED AND AGREED** by and between the

undersigned counsel that Defendant's time to answer or otherwise move against the Complaint is

extended to and including August 27, 2007.


**THACHER PROFFITT & WOOD LLP**

By: _____
    John P. Doherty
    Richard F. Hans
    Kerry Ford Cunningham
    Brendan E. Zahner
    Attorneys for Plaintiff
    Two World Financial Center
    New York, New York  10281
    (212) 912-7400


**KARAAHMETOGLU & LUZ FIRM LLP**

By: _____
    Thomas J. Luz
    Attorneys for Defendant
    1500 Broadway, 21st Floor
    New York, New York 10036
    (212) 681-8313


SO ORDERED:   AUG 0 3 2007

_____
HON. GEORGE B. DANIELS