UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DB STRUCTURED PRODUCTS, INC.

                Plaintiff,

— against —

IMPERIAL LENDING LLC

                Defendant.

ECF CASE

07 CV 4105 (GBD)

**STIPULATION AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that Defendant's time to answer or otherwise move against the Complaint is extended to and including September 19, 2007.

THACHER PROFFITT & WOOD LLP

By: _____
John P. Doherty
Richard F. Hans
Kerry Ford Cunningham
Brendan E. Zahner
Attorneys for Plaintiff
Two World Financial Center
New York, New York 10281
(212) 912-7400

KARAAHMETOGLU & LUZ FIRM LLP

By: _____
Thomas J. Luz
Attorneys for Defendant
1500 Broadway, 21st Floor
New York, New York 10036
(212) 681-8313

SO ORDERED: AUG 2 4 2007

_____
U.S.D.J.  HON. GEORGE B. DANIELS