UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DB STRUCTURED PRODUCTS, INC.

          Plaintiff,

– against –

IMPERIAL LENDING LLC

          Defendant.

ECF CASE

07 CV 4105 (GBD)

**STIPULATION AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that Defendant's time to answer or otherwise move against the Complaint is extended to and including October 26, 2007.

THACHER PROFFITT & WOOD LLP

By: _____
John P. Doherty
Richard F. Hans
Kerry Ford Cunningham
Brendan E. Zahner
Attorneys for Plaintiff
Two World Financial Center
New York, New York 10281
(212) 912-7400

KARAAHMETOGLU & LUZ FIRM LLP

By: _____
Thomas J. Luz
Attorneys for Defendant
1500 Broadway, 21st Floor
New York, New York 10036
(212) 681-8313

SO ORDERED: **SEP 25 2007**

_____
HON. GEORGE B. DANIELS