USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,

                Plaintiff,                        07 Civ. 4105 (GBD)

      -against-                             DEFAULT JUDGMENT

IMPERIAL LENDING, LLC,

                Defendant.
------------------------------------------------------------x
GEORGE B. DANIELS, DISTRICT JUDGE:

     This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Imperial Lending, LLC, and an affidavit of service having been filed and the defendant having failed to answer, appear or otherwise move with respect to the Complaint, and the time for appearing, answering or moving having expired, and the Clerk of the Court having issued a Certificate of Default, it is hereby

     ORDERED, ADJUDGED AND DECREED that plaintiff have judgment against defendant; and it is further

     ORDERED, ADJUDGED AND DECREED that this matter be and is hereby referred to Magistrate Judge Theodore H. Katz for an inquest on damages, interests, attorney fees, costs and disbursements.

Dated: New York, New York
          August 19, 2008

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge